AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

SMOKEY CHRISMAN,
                Plaintiff,

v.

TOWN OF CRESTON, a Washington State municipality, JAY LOREN SHORT, and JUDY ANN OSTROM in their individual capacities,
                Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-08-385-RHW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Plaintiff pursuant to the Order to Enter Judgment entered on September 28, 2009, Ct. Rec. 14. Judgment is entered as follows:

1. Plaintiff is awarded judgment in the amount of $15,000.00 against Defendants Town of Creston, Jay Loren Short, and Judy Ann Ostrom.

2. Plaintiff is awarded fees and costs in the amount of $11,258.00 against Defendant Town of Creston, Jay Loren Short, and Judy Ann Ostrom.

September 28, 2009
*Date*

JAMES R. LARSEN
*Clerk*
s/ Shirley Peters
*(By) Deputy Clerk*
Shirley Peters